DAVID H. RYON and Others, Appellants, v. HARRIET E. LUTMAN, as Sole Administratrix, etc., of HARRIET L. LUTMAN, Deceased, Respondent.— Motion to dismiss appeal denied.    Case may be placed upon day calendar by either party any day after March eighteenth.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

RAYMOND T. BOYLE and Another, as Copartners, etc., Respondents, v. PAOLINI CAFETERIA AND RESTAURANT, INCORPORATED, and Another, Appellants, Impleaded with Others.— Motion to dismiss appeal granted, unless appellants shall be ready for argument on March twenty-third.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM N. FAIRCHILD, as Executor, etc., of NEWTON FAIRCHILD, Deceased, Appellant, v. JOHN REVOIR, JR., and Others, Respondents.— Motion to dismiss appeal granted unless appellant shall be ready for argument on March twenty-first.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LUDWIG KASZYNSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.    LEOKADJA KASZYNSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeals granted, unless appellant shall be ready for argument on March twenty-first.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. E. D. JENNINGS, as Warden of Auburn State Prison, Respondent.— Application granted, permitting appellant to present his appeal on typewritten papers.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRANK HOMER, Respondent, v. SOUTH PENN OIL COMPANY, Appellant.— Judgment modified by reducing the amount of the recovery to the sum of $122 as of date of entry of the judgment, and as so modified affirmed, without costs of this appeal to either party.    Certain findings of fact disapproved and reversed, and new findings made.    All concur, except Hubbs, P. J., and Crouch, J., who dissent on the law and facts, and vote for reversal on the ground that there was a practical construction of the lease which plaintiff was bound by, and which was contrary to the decision herein; also upon the ground that there was a custom which was binding on plaintiff and his predecessors in interest.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. ASSESSORS OF THE TOWN OF PEMBROKE, Appellants.— Order affirmed, without costs of this appeal to either party, but if upon argument the record is deemed incomplete and insufficient, the court may require it to be amplified.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HATTIE J. WEEKS, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.